William A. Hanssen (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

Attorneys for Plaintiff
TECHNICAL EDGE PTY LTD
d/b/a PIVOT PEGZ AUSTRALIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL EDGE PTY LTD d/b/a PIVOT PEGZ AUSTRALIA,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOTECH SOLUTIONS, a Nevada Corporation; ZEPHYR DESIGN GROUP, LLC, a Nevada Corporation; JAMES SCALA; and JOHN CHRISTY,<br><br>Defendants. | Case No. CV07-5682 MEJ<br>Honorable Maria-Elena James<br><br>Complaint Filed November 8, 2007<br><br>JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |

WHEREAS, the Complaint was filed in this action on November 8, 2007;

WHEREAS, pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Northern District of California, the parties previously stipulated to four extensions for each of the Defendants, Mototech Solutions, Zepher Design Group, LLC and James Scala (collectively "Defendants") to respond to the Complaint;

WHEREAS, each of the Defendants' responses to the Complaint is presently due on January 18, 2008;

///

///

///

LA1\104022\1   1
JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines dated November 8, 2007 (herein "the Order") provides for the following dates:

| Date | Event | Governing Rule |
|---|---|---|
| 1/24/2008 | Last day to:<br>Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 2/7/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 2/14/2008 | Initial Case Management Conference (CMC) in Ctrm. B, 15th Floor, SF at 10:00 a.m. | Civil L.R. 16-10 |

WHEREAS, the parties request a 30 day extension of the dates in the Order because the parties believe that a settlement in principal has been reached but the parties are still in the process of working out some of the details of the settlement and finalizing a settlement agreement;

WHEREAS, the parties further request a 30 day extension from January 18, to February 19, 2008 for each of the Defendants to respond to the Complaint;

WHEREAS, the requested extension will enable the parties to continue their settlement discussions and will conserve judicial resources since a settlement in principal has been reached;

WHEREAS, the extension will alter the date of events or deadlines already fixed by the Court's Order by 30 days;

WHEREAS, pursuant to Rule 6.2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104022\1

2

JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN

NOW, THEREFORE, IT IS HEREBY STIPULATED, that the dates in the Court's Order be continued for 30 days and the due date for each of the Defendants' responses to the Complaint be further continued to February 19, 2008.

DATED: January 15, 2008

DRINKER BIDDLE & REATH LLP

By: /s/ William A. Hanssen

David J. Kessler
Hallum O. Bailey
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Sts.
Philadelphia, PA 19103

Robert M. Bovarnik
BOVARNICK & ASSOCIATES, LLC
Two Penn Center Plaza, Suite 1310
1500 J.F.K. Boulevard
Philadelphia, Pennsylvania 19102

Attorneys for Plaintiff
TECHNICAL EDGE PTY LTD
d/b/a PIVOT PEGZ AUSTRALIZ

DATED: January 15, 2008

WARNER NORCROSS & JUDD LLP

By: /s/ R. Scott Keller

900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487

Attorneys for Defendants
MOTOTECH SOLUTIONS; ZEPHYR DESIGN GROUP, LLC; JAMES SCALA and JOHN CHRISTY

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA1\104022\1

3

JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN

### DECLARATION OF WILLIAM A. HANSSEN IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES DATED NOVEMBER 8, 2007

1. I am an attorney duly licensed to practice before all of the courts of the State of California, and am a partner in the law firm of Drinker Biddle & Reath LLP, counsel of record for Plaintiff, Technical Edge Pty. Ltd. d/b/a Pivot Pegz Australiz.

2. I make this Declaration in support of the Joint Stipulation and [Proposed] Order to Continue Dates Set Forth in Order Setting Initial Case Management Conference and ADR Deadlines dated November 8, 2007. The matters set forth in this Declaration are true of my own personal knowledge, and if called to do so, I could and would competently testify to these matters under oath.

3. I am an active member in good standing of the State Bar of California and am admitted to practice in the Northern District.

4. This case was filed on November 8, 2007. Pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Northern District of California, parties have previously stipulated to four extensions for each of the Defendants to respond to the Complaint. The Defendants' response is presently due on January 18, 2008.

5. The parties request an additional 30 day extension of the due date for each of the Defendants' responses to the Complaint.

6. The parties also request a 30 day extension of the dates set forth in the Court's November 8, 2007 Order.

7. The parties request these extensions because the parties believe a settlement in principal has been reached but the parties are still in the process of working out some details of the settlement and finalizing a settlement agreement.

8. The requested extension will enable the parties to continue their settlement discussions and will conserve judicial resources since a settlement in principal has been reached.

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LAI\104022\1                                  4
JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN

1      9.    The requested extension will alter the dates of events or deadlines already
2  fixed by the Court's Order by 30 days.
3      I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.
5  Executed this 15 day of January, 2008, at Los Angeles, California.

                                      /s/ William A. Hanssen

LAW OFFICES
DECKER DILLEA
BUSH LLP
Los Angeles

LA1\040220\
5
JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF SAN DIEGO     )

*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On January 15, 2008, I served on interested parties in said action the within:

1. **JOINT STIPULATION TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF WILLIAM A. HANSSEN;**

2. **[PROPOSED] ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on January 15, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Brooke Freitas | *Brooke Freitas* |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104022\1

## SERVICE LIST
*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

Scott R. Keller, Esq.
Gregory P. Bondarenko, Esq.
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
gbondarenko@wnj.com

Attorneys for Defendants
MOTOTECH SOLUTIONS; ZEPHYR DESIGN GROUP, LLC; JAMES SCALA and JOHN CHRISTY