UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL EDGE PTY LTD d/b/a PIVOT PEGZ AUSTRALIA,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOTECH SOLUTIONS, a Nevada Corporation; ZEPHYR DESIGN GROUP, LLC, a Nevada Corporation; JAMES SCALA; and JOHN CHRISTY,<br><br>Defendants. | Case No. CV07-5682 MEJ<br>Honorable Maria-Elena James<br><br>Complaint Filed November 8, 2007<br><br>[PROPOSED] ORDER TO CONTINUE DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

[PROPOSED] ORDER

The dates set forth in the Court's Order of November 8, 2007 be continued for 30 days. The new schedule is as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 2/25/2008 | Last day to:<br>Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 3/~~10~~/2008<br>20 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA1\104022\1

|   |   |   |
|---|---|---|
|   | file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement |   |
| 3/~~17~~/2008 27 | Initial Case Management Conference (CMC) in Ctrm. B, 15th Floor, SF at 10:00 a.m. | Civil L.R. 16-10 |

Further, the due date for each of the Defendants' responses to the Complaint is continued to February 19, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____January 17_____, 2008    _____
                                          Honorable Maria-Elena James
                                          United States District Court Judge

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104022\1