1  William A. Hanssen (Bar No. 110613)
   Siobhan A. Cullen (Bar No. 179838)
2  DRINKER BIDDLE & REATH LLP
   333 South Grand Avenue, Suite 1700
3  Los Angeles, CA 90071-1504
   Telephone: (213) 253-2300
4  Facsimile: (213) 253-2301

5  Attorneys for Plaintiff
   TECHNICAL EDGE PTY LTD
6  d/b/a PIVOT PEGZ AUSTRALIZ

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 TECHNICAL EDGE PTY LTD d/b/a      ) Case No.  CV07-5682 MEJ
   PIVOT PEGZ AUSTRALIA,             ) Honorable Maria-Elena James
12                                   )
          Plaintiff,                 ) Complaint Filed November 8, 2007
13                                   )
       vs.                           ) **JOINT STIPULATION OF**
14                                   ) **DISMISSAL WITH PREJUDICE OF**
   MOTOTECH SOLUTIONS, a Nevada      ) **PLAINTIFF'S COMPLAINT**
15 Corporation; ZEPHYR DESIGN        )
   GROUP, LLC, a Nevada Corporation; ) [[PROPOSED] ORDER FILED
16 JAMES SCALA; and JOHN CHRISTY,    ) CONCURRENTLY HEREWITH]
                                     )
17        Defendants.                )
                                     )
18 _____  )

19        ///

20        ///
21
22        ///
23
          ///
24
25        ///
26
          ///
27
28        ///

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104755\1                          1

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

1    IT IS HEREBY STIPULATED by and between the parties to this action

2  through their designated counsel that the above-captioned action be and hereby is

3  dismissed it its entirety with prejudice pursuant to FRCP 41(a)(1).

4

5  DATED:  February **14**, 2008          DRINKER BIDDLE & REATH LLP

6

7                                      By:  _Siobhan A. Cullen_

8                                          William A. Hanssen
                                           Siobhan A. Cullen
9
                                           David J. Kessler
10                                         Hallum O. Bailey
                                           DRINKER BIDDLE & REATH LLP
11                                         One Logan Square
                                           18th & Cherry Sts.
12                                         Philadelphia, PA 19103

13                                         Robert M. Bovarnik
                                           BOVARNICK & ASSOCIATES,
14                                         LLC
                                           Two Penn Center Plaza, Suite 1310
15                                         1500 J.F.K. Boulevard
                                           Philadelphia, Pennsylvania 19102
16
                                           Attorneys for Plaintiff
17                                         TECHNICAL EDGE PTY LTD d/b/a
                                           PIVOT PEGZ AUSTRALIZ
18
19  DATED:  February ___, 2008          WARNER NORCROSS & JUDD LLP

20

21
                                      By:  _____
22                                         R. Scott Keller
                                           Gregory P. Bondarenko
23
                                           Attorneys for Defendants
24                                         MOTOTECH SOLUTIONS;
                                           ZEPHYR DESIGN GROUP, LLC;
25                                         JAMES SCALA and JOHN
                                           CHRISTY
26
27
28

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104755\1                    2

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

1    IT IS HEREBY STIPULATED by and between the parties to this action

2  through their designated counsel that the above-captioned action be and hereby is

3  dismissed it its entirety with prejudice pursuant to FRCP 41(a)(1).

4

5  DATED: February ___, 2008              DRINKER BIDDLE & REATH LLP

6

7

8                                         By: _____
                                              William A. Hanssen
                                              Siobhan A. Cullen

9
                                              David J. Kessler
10                                            Hallum O. Bailey
                                              DRINKER BIDDLE & REATH LLP
11                                            One Logan Square
                                              18th & Cherry Sts.
12                                            Philadelphia, PA 19103

13                                            Robert M. Bovarnik
                                              BOVARNICK & ASSOCIATES,
14                                            LLC
                                              Two Penn Center Plaza, Suite 1310
15                                            1500 J.F.K. Boulevard
                                              Philadelphia, Pennsylvania 19102

16
                                              Attorneys for Plaintiff
17                                            TECHNICAL EDGE PTY LTD d/b/a
                                              PIVOT PEGZ AUSTRALIZ

18
19  DATED: February _14_, 2008             WARNER NORCROSS & JUDD LLP

20

21                                         By: _𝓡 𝓢𝓒𝓗𝓚𝓮𝓵𝓵𝓮𝓻_____

22                                            R. Scott Keller
                                              Gregory P. Bondarenko

23
                                              Attorneys for Defendants
24                                            MOTOTECH SOLUTIONS;
                                              ZEPHYR DESIGN GROUP, LLC;
25                                            JAMES SCALA and JOHN
                                              CHRISTY

26

27

28

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104755\1                              2
                STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                         )  ss.:
COUNTY OF SAN DIEGO   )

*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

     I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

     On February 15, 2008, I served on interested parties in said action the within:

    **1.    JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT;**

    **2.    [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

     I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

     Executed on February 15, 2008, at San Diego, California.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| _____ | _____ |
| Brooke Freitas | *(signature)* |
| (Type or print name) | (Signature) |

1

## SERVICE LIST

*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

2

3    Scott R. Keller, Esq.
     Gregory P. Bondarenko, Esq.
4    WARNER NORCROSS & JUDD LLP
     900 Fifth Third Center
5    111 Lyon Street, N.W.
     Grand Rapids, MI 49503-2487
6    gbondarenko@wnj.com

7

     Attorneys for Defendants
8    MOTOTECH SOLUTIONS; ZEPHYR
     DESIGN GROUP, LLC; JAMES SCALA
9    and JOHN CHRISTY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28