William A. Hanssen (Bar No. 110613)
Siobhan A. Cullen (Bar No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile:  (213) 253-2301

Attorneys for Plaintiff
TECHNICAL EDGE PTY LTD
d/b/a PIVOT PEGZ AUSTRALIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL EDGE PTY LTD d/b/a PIVOT PEGZ AUSTRALIA,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOTECH SOLUTIONS, a Nevada Corporation; ZEPHYR DESIGN GROUP, LLC, a Nevada Corporation; JAMES SCALA; and JOHN CHRISTY,<br><br>Defendants. | Case No. CV07-5682 MEJ<br>Honorable Maria-Elena James<br><br>Complaint Filed November 8, 2007<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT**<br><br>[[PROPOSED] ORDER ~~FILED CONCURRENTLY HEREWITH~~] |

///

///

///

///

///

///

///

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed it its entirety with prejudice pursuant to FRCP 41(a)(1).

4
5  DATED: February 14, 2008                DRINKER BIDDLE & REATH LLP
6
7                                          By: _____
8                                              William A. Hanssen
                                                Siobhan A. Cullen
9
                                            David J. Kessler
10                                          Hallum O. Bailey
                                            DRINKER BIDDLE & REATH LLP
11                                          One Logan Square
                                            18th & Cherry Sts.
12                                          Philadelphia, PA 19103

13                                          Robert M. Bovarnik
                                            BOVARNICK & ASSOCIATES, LLC
14
                                            Two Penn Center Plaza, Suite 1310
15                                          1500 J.F.K. Boulevard
                                            Philadelphia, Pennsylvania 19102
16
                                            Attorneys for Plaintiff
17                                          TECHNICAL EDGE PTY LTD d/b/a
                                            PIVOT PEGZ AUSTRALIZ
18
19  DATED: February ___, 2008               WARNER NORCROSS & JUDD LLP
20
21
                                            By: _____
22                                              R. Scott Keller
                                                Gregory P. Bondarenko
23
                                            Attorneys for Defendants
24                                          MOTOTECH SOLUTIONS;
                                            ZEPHYR DESIGN GROUP, LLC;
25                                          JAMES SCALA and JOHN
                                            CHRISTY
26
27
28

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed it its entirety with prejudice pursuant to FRCP 41(a)(1).

DATED: February ___, 2008       DRINKER BIDDLE & REATH LLP

By: _____
William A. Hanssen
Siobhan A. Cullen

David J. Kessler
Hallum O. Bailey
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Sts.
Philadelphia, PA 19103

Robert M. Bovarnik
BOVARNICK & ASSOCIATES, LLC
Two Penn Center Plaza, Suite 1310
1500 J.F.K. Boulevard
Philadelphia, Pennsylvania 19102

Attorneys for Plaintiff
TECHNICAL EDGE PTY LTD d/b/a
PIVOT PEGZ AUSTRALIZ

DATED: February 14, 2008       WARNER NORCROSS & JUDD LLP

By: *[signature]*
R. Scott Keller
Gregory P. Bondarenko

Attorneys for Defendants
MOTOTECH SOLUTIONS;
ZEPHYR DESIGN GROUP, LLC;
JAMES SCALA and JOHN CHRISTY

The Clerk of Court shall close the file.

Dated: February 15, 2008

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104755\1                    2
STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN DIEGO )

*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On February 15, 2008, I served on interested parties in said action the within:

1. **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT;**

2. **[PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on February 15, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____            *Brooke Freitas*
Brooke Freitas                                              (Signature)
(Type or print name)

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\104816\1

## SERVICE LIST
*Technical Edge Pty LTD v. MotoTech Solutions*, et al.

Scott R. Keller, Esq.
Gregory P. Bondarenko, Esq.
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
gbondarenko@wnj.com

Attorneys for Defendants
MOTOTECH SOLUTIONS; ZEPHYR DESIGN GROUP, LLC; JAMES SCALA and JOHN CHRISTY

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LAI\104816\1